IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569) (Counsel for Service)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY,

    Plaintiffs,

    v.

FEDERAL EMERGENCY MANAGEMENT AGENCY and WILLIAM CRAIG FUGATE, in his official capacity as Administrator of the Federal Emergency Management Agency,

    Defendants.

No: 1:09-cv-02024-OWW-DLB

**JOINT STIPULATION AND ORDER STAYING DISCOVERY PENDING RULING ON MOTION TO DISMISS**

Pursuant to L.R. 143, Plaintiffs and Defendants, by and through undersigned counsel, stipulate to stay all discovery in this action pending the Court's ruling on Defendants' Motion to Dismiss (Dkt. #102), as set forth below.

**RECITALS**

WHEREAS, on December 22, 2009, Plaintiff Coalition for a Sustainable Delta served its First Request for Production of Documents and First Set of Interrogatories Propounded on Defendant Federal Emergency Management Agency (the "Coalition's Discovery Requests");

WHEREAS, on January 5, 2010, Defendants filed their Motion to Dismiss (Dkt. #102), which is set for hearing on March 15, 2010;

1  WHEREAS, on January 7, 2010, Defendants filed their Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. #105) ("Motion to Stay"),  which is also set for hearing on March 15, 2010;

WHEREAS, the parties have conferred and agree that a stay of discovery pending the Court's ruling on Defendants' Motion to Dismiss is appropriate and will conserve resources by avoiding the need for further briefing and a hearing upon Defendants' Motion to Stay.

**THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. All discovery in this action, including the due date for Defendants' response to the Coalition's Discovery Requests, shall be stayed pending the Court's ruling on Defendants' Motion to Dismiss.

2. Upon filing and Court approval of this Stipulation, Defendants shall withdraw their Motion to Stay Discovery Pending Ruling On Motion to Dismiss.

Respectfully submitted this 15th day of January, 2010.

> IGNACIA S. MORENO
> Assistant Attorney General
>
>   */s/ Kevin W. McArdle*
> KEVIN W. McARDLE, Trial Attorney
> DC Bar # 454569
> United States Department of Justice
> Environment & Natural Resources Division
> Wildlife and Marine Resources Section
> Benjamin Franklin Station, P.O. Box 7369
> Washington, D.C. 20044-7369
> Telephone: (202) 305-0219
> Facsimile: (202) 305-0275
> E-Mail: kevin.mcardle@usdoj.gov
>
> Attorneys for Defendants
>
> NOSSAMAN LLP
> ROBERT D. THORNTON
> PAUL S. WEILAND
> AUDREY HUANG
>
>   */s/ Paul S. Weiland*
>
> Attorneys for Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency

1  
2  
3  
4  
5  
6  
7  
8  

                           KERN COUNTY WATER AGENCY  
                           AMELIA T. MINABERRIGARAI  

                           */s/ Amelia T. Minaberrigari*  

                           Attorney for Plaintiff Kern County Water Agency

IT IS SO ORDERED.

**Dated:   January 15, 2010**                   **/s/ Oliver W. Wanger**  
                                                  UNITED STATES DISTRICT JUDGE

9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28