IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569) (Counsel for Service)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY and WILLIAM CRAIG FUGATE, in his official capacity as Administrator of the Federal Emergency Management Agency,<br><br>Defendants. | No: 1:09-cv-02024-OWW-DLB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY**<br><br>Date: April 26, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom No. 3<br>Fresno Division |

Pursuant to L.R. 143 and L.R. 144(a), Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate to a four day extension of the due date for Defendants' Reply in support of Motion to Dismiss (Dkt. #102), to and including March 12, 2010.  Pursuant to L.R. 230(d) and the Court's Minute Order dated March 2, 2010 (Dkt. #112), Defendants' Reply is currently due March 8, 2010, and the hearing on the Motion to Dismiss is set for April 26, 2010. This is Defendants' first request for an extension of time for this purpose.

Good cause exists for the proposed extension because Defendants' counsel must complete a summary judgment brief in another matter by March 5, 2010, and the parties do not anticipate

Stipulation and [Proposed] Order                                          Case No. 1:09-cv-2024-OWW-GSA
Extending Time to File Reply

1  that the proposed four-day extension will require any change in the April 26, 2010 hearing date on
2  the Motion to Dismiss.
3      Accordingly, the parties stipulate that the due date for Defendants' Reply in Support of
4  Motion to Dismiss (Dkt. # 102) shall be extended to and including March 12, 2010.

Respectfully submitted this 3rd day of March, 2010.

| | |
|---|---|
| NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>AUDREY HUANG<br><br>By: */s/ Paul S. Weiland*<br><br>Attorneys for Plaintiffs Coalition for a Sustainable Delta and<br>Kern County Water Agency<br><br>KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI<br><br>By: */s/ Amelia T. Minaberrigarai*<br><br>Attorney for Plaintiff Kern County Water Agency | IGNACIO S. MORENO<br>Assistant Attorney General<br><br>  */s/ Kevin W. McArdle*<br>KEVIN W. McARDLE,<br>Trial Attorney, DC Bar # 454569<br>Kevin.McArdle@usdoj.gov<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0219<br>Facsimile: (202) 305-0275<br><br>Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2010, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify all counsel of record of the filing via e-mail.

*/s/ Kevin W. McArdle*
KEVIN W. McARDLE

IT IS SO ORDERED.

**Dated:   March 4, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE