IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569) (Counsel for Service)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY,

    Plaintiffs,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY and WILLIAM CRAIG FUGATE, in his official capacity as Administrator of the Federal Emergency Management Agency,

    Defendants.

No: 1:09-cv-02024-OWW-DLB

**STIPULATION AND ORDER FOR LEAVE TO EXCEED PAGE LIMITS**

Date: N/A
Time: N/A
Location: Courtroom No. 3
Fresno Division

    Pursuant to L.R. 143 and L.R. 144(a), Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate as follows:

    WHEREAS, on November 16, 2010, Defendants file their Motion for Partial Summary Judgment (Dkt. #121) ("Defendants Motion") and Supporting Memorandum (Dkt. #122), which is 36 pages in length;

    WHEREAS, on November 17, 2010, Plaintiffs' counsel reminded counsel for Defendants of the Court's Standing Order in All Civil Cases, which provides that "[u]nless prior leave of court seven days before the filing date is obtained, all briefs or legal memoranda in civil cases shall not exceed 25 pages";

1  WHEREAS, the parties have conferred and agree that, due to the number and complexity of the issues raised by Defendants Motion, good cause exists for allowing each side's principal brief to exceed the 25 page limit, up to and including 40 pages;

NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Defendants are granted leave *nunc pro tunc* to file a 36-page Memorandum in support of their Motion for Partial Summary Judgment;

2. Plaintiffs' Brief in Opposition to Defendants' Motion shall not exceed 40 pages.

Respectfully submitted this 18th day of November, 2010.

| | |
|---|---|
| NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>AUDREY HUANG<br><br>By: /s/ Paul S. Weiland<br><br>Attorneys for Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency<br><br>KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI<br><br>By: /s/ Amelia T. Minaberrigarai<br><br>Attorney for Plaintiff Kern County Water Agency | IGNACIO S. MORENO<br>Assistant Attorney General<br><br>/s/ Kevin W. McArdle<br>KEVIN W. McARDLE,<br>Trial Attorney, DC Bar # 454569<br>Kevin.McArdle@usdoj.gov<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0219<br>Facsimile: (202) 305-0275<br><br>Attorneys for Defendants |

1 | IT IS SO ORDERED.

2 | **Dated:   November 18, 2010**           /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE