IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569) (Counsel for Service)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY and WILLIAM CRAIG FUGATE, in his official capacity as Administrator of the Federal Emergency Management Agenc; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security<br><br>Defendants. | No: 1:09-cv-02024-OWW-DLB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT; ORDER THEREON**<br><br>Date: N/A<br>Time: N/A<br>Location: Courtroom No. 3<br>Fresno Division |

Defendants, the Federal Emergency Management Agency, et al. ("FEMA"), respectfully request leave to file a 16-page reply brief in support of their Motion for Partial Summary Judgment (Dkt. 121). FEMA's reply is due February 7, 2011. Counsel for Plaintiffs has informed the undersigned that Plaintiffs do not oppose this motion. As demonstrated below, good cause exists for granting FEMA leave to file a reply brief not to exceed16 pages.

1. The Court's Standing Order in all civil cases provides that "all moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages. Reply briefs filed by moving parties shall not exceed 10 pages."

2.	By Order dated November 19, 2010 (Dkt. 128), the Court approved the parties' Stipulation and granting FEMA leave to file a 36-page memorandum in support of its Motion for Partial Summary Judgment and granting Plaintiffs leave to file an opposition brief not to exceed 40 pages. The parties sought leave to exceed the page limits due to the number and complexity of the issues raised by FEMA's Motion. See Dkt. 127.

3.	On January 31, 2011, Plaintiffs filed a 40-page Opposition to FEMA's Motion for Partial Summary Judgment. Given the number of issues raised in Plaintiffs' Opposition brief, good cause exists for granting FEMA leave to file a reply not to exceed 16 pages.

## CONCLUSION

For the foregoing reasons, FEMA's Unopposed Motion for Leave to Exceed Page Limit for its reply brief, such that FEMA may file a reply not to exceed 16 pages, should be granted.

DATED:	February 4, 2011			Respectfully submitted,

						IGNACIA S. MORENO
						Assistant Attorney General

OF COUNSEL:				    /s/ Kevin W. McArdle
						KEVIN W. McARDLE,
BARBARA MONTOYA				Trial Attorney, DC Bar # 454569
Dep. Assoc. Chief Counsel			Kevin.McArdle@usdoj.gov
Federal Insurance and Mitigation		United States Department of Justice
Federal Emergency Management Agency	Environment & Natural Resources Division
U.S. Department of Homeland Security	Wildlife and Marine Resources Section
1800 S. Bell Street, Rm 730			Benjamin Franklin Station, P.O. Box 7369
Arlington, VA  20598-3020			Washington, D.C. 20044-7369
						Telephone: (202) 305-0219
						Facsimile: (202) 305-0275

						Attorneys for Defendants


IT IS SO ORDERED.

**Dated:   February 4, 2011**			    **/s/ Oliver W. Wanger**
						UNITED STATES DISTRICT JUDGE