IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE (D.C. Bar. No. 454569)
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, NW, Third Floor
Washington, DC 20004
Tele: (202) 305-0219
Fax: (202) 305-0275
kevin.mcardle@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,<br><br>    Defendants. | No. 1:09-cv-02024-LJO-BAM<br><br>**STIPULATION AND ORDER RESETTING SCHEDULING CONFERENCE** |

      Pursuant to Fed. R. Civ. P. 6(b)(1)(A), L.R. 143, and L.R. 144(a), Plaintiffs and Defendants, by and through undersigned counsel, hereby respectfully request and stipulate that the Mandatory Scheduling Conference currently set for January 26, 2012 (docket no. 158) be reset for Thursday, March 1, 2012, or a subsequent date that is convenient for the Court, in order to allow the parties to conclude settlement discussions. The parties have been conducting extensive discussions and believe that they are close to reaching an agreement in principle that, if approved by their clients, would obviate the need for any further litigation. Accordingly, good cause exists for the proposed continuance.

| | |
|---|---|
| DATED: January 4, 2012 | Respectfully submitted |
| NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>AUDREY HUANG | IGNACIA S. MORENO<br>Assistant Attorney General<br><br> /s/   Kevin W. McArdle |
| By:  /s/ Paul S. Weiland | KEVIN W. McARDLE, Trial Attorney<br>United States Department of Justice<br>Environment & Natural Resources Division |
| Attorneys for Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency | Wildlife & Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>(202) 305-0219 |
| KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI | Kevin.McArdle@usdoj.gov<br><br>Attorneys for Defendants |
| By:   /s/ Amelia T. Minaberrigarai | |
| Attorneys for Plaintiff Kern County Water Agency | |

## **ORDER**

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from January 26, 2012 to March 1, 2012 at 8:30 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **January 5, 2012**        /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE