1    IGNACIA S. MORENO
     Assistant Attorney General
2
     KEVIN W. McARDLE (D.C. Bar. No. 454569)
3    United States Department of Justice
     Environment and Natural Resources Division
4    Wildlife & Marine Resources Section
     601 D Street, NW, Third Floor
5    Washington, DC 20004
     Tele: (202) 305-0219
6    Fax: (202) 305-0275
     kevin.mcardle@usdoj.gov
7
     Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT FOR THE

10                EASTERN DISTRICT OF CALIFORNIA

11

12   COALITION FOR A SUSTAINABLE DELTA and    )
     KERN COUNTY WATER AGENCY,                 )   No. 1:09-cv-02024-LJO-BAM
13                                             )
                    Plaintiffs,                )   **SECOND STIPULATION AND**
14                                             )   **ORDER RESETTING**
     v.                                        )   **SCHEDULING CONFERENCE**
15                                             )
     FEDERAL EMERGENCY MANAGEMENT              )   Date:  March 1, 2012
16   AGENCY, *et al.*,                         )   Time:  8:30 a.m.
                                               )   Location:  Courtroom 8
17                  Defendants.                )   Fresno Division
     _____)

18

19
            Pursuant to Fed. R. Civ. P. 6(b)(1)(A), L.R. 143, and L.R. 144(a), Plaintiffs and
20
     Defendants, by and through undersigned counsel, hereby respectfully request and stipulate that
21
     the Mandatory Scheduling Conference currently set for March 1, 2012 (docket no. 160) be reset
22
     for Thursday, April 5, 2012, or a subsequent date that is convenient for the Court, in order to
23
     allow the parties to conclude settlement discussions. This is the parties' second stipulation to
24
     continue the scheduling conference in order to allow for the conclusion of settlement discussions.
25
     By Order dated January 6, 2012 (docket no. 160), the Court approved the parties' first stipulation
26
     and reset the scheduling conference from January 26, 2012, to March 1, 2012.  The parties have
27
     been conducting extensive discussions and believe that they are close to reaching an agreement
28

1   in principle that, if approved by their clients, would obviate the need for any further litigation.

2   Accordingly, good cause exists for the proposed continuance.

3   DATED:  February 22, 2012                  Respectfully submitted

4   NOSSAMAN LLP                               IGNACIA S. MORENO
    ROBERT D. THORNTON                         Assistant Attorney General
5   PAUL S. WEILAND
6   AUDREY HUANG                                  _/s/    Kevin W. McArdle_
                                               KEVIN W. McARDLE, Trial Attorney
7   By:  _/s/ Paul S. Weiland_                 United States Department of Justice
                                               Environment & Natural Resources Division
8                                              Wildlife & Marine Resources Section
    Attorneys for Plaintiffs Coalition for a   Benjamin Franklin Station, P.O. Box 7369
9   Sustainable Delta and Kern County Water    Washington, D.C. 20044-7369
    Agency                                     (202) 305-0219
10                                             Kevin.McArdle@usdoj.gov
11  KERN COUNTY WATER AGENCY
    AMELIA T. MINABERRIGARAI                   Attorneys for Defendants
12
    By:   _/s/ Amelia T. Minaberrigarai_
13
14  Attorneys for Plaintiff Kern County Water
    Agency
15

16

17                                  **ORDER**

18          Based on the Stipulation of the Parties, and for good cause shown, the Court continues

19  the Initial Scheduling Conference, currently set for March 1, 2012 to April 25 at 9:00 a.m. in

20  courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.  No further continuances of

21  the Initial Scheduling Conference will be granted.

22

23

24  IT IS SO ORDERED.

25
        Dated:   **February 22, 2012**           _/s/ Barbara A. McAuliffe_
26                                             UNITED STATES MAGISTRATE JUDGE
27

28