IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE (D.C. Bar. No. 454569)
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, NW, Third Floor
Washington, DC 20004
Tele: (202) 305-0219
Fax: (202) 305-0275
kevin.mcardle@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY, | No. 1:09-cv-02024-LJO-BAM |
| Plaintiffs, | **SECOND STIPULATION AND ORDER RESETTING SCHEDULING CONFERENCE** |
| v. | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*, | Date: March 1, 2012
Time: 8:30 a.m.
Location: Courtroom 8
Fresno Division |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), L.R. 143, and L.R. 144(a), Plaintiffs and Defendants, by and through undersigned counsel, hereby respectfully request and stipulate that the Mandatory Scheduling Conference currently set for March 1, 2012 (docket no. 160) be reset for Thursday, April 5, 2012, or a subsequent date that is convenient for the Court, in order to allow the parties to conclude settlement discussions. This is the parties' second stipulation to continue the scheduling conference in order to allow for the conclusion of settlement discussions. By Order dated January 6, 2012 (docket no. 160), the Court approved the parties' first stipulation and reset the scheduling conference from January 26, 2012, to March 1, 2012.  The parties have been conducting extensive discussions and believe that they are close to reaching an agreement

in principle that, if approved by their clients, would obviate the need for any further litigation. Accordingly, good cause exists for the proposed continuance.

DATED:  February 22, 2012                    Respectfully submitted

| | |
|---|---|
| NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>AUDREY HUANG | IGNACIA S. MORENO<br>Assistant Attorney General<br><br>  /s/    Kevin W. McArdle<br>KEVIN W. McARDLE, Trial Attorney |
| By:  _/s/ Paul S. Weiland_ | United States Department of Justice<br>Environment & Natural Resources Division |
| Attorneys for Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency | Wildlife & Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>(202) 305-0219 |
| KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI | Kevin.McArdle@usdoj.gov<br><br>Attorneys for Defendants |
| By:  _/s/ Amelia T. Minaberrigarai_ | |
| Attorneys for Plaintiff Kern County Water Agency | |

**ORDER**

Based on the Stipulation of the Parties, and for good cause shown, the Court continues the Initial Scheduling Conference, currently set for March 1, 2012 to April 25 at 9:00 a.m. in courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.  No further continuances of the Initial Scheduling Conference will be granted.

IT IS SO ORDERED.

Dated:   **February 22, 2012**                     /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE