# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA** and **KERN COUNTY WATER AGENCY,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**FEDERAL EMERGENCY MANAGEMENT AGENCY; WILLIAM CRAIG FUGATE,** in his official capacity as Administrator of the Federal Emergency Management Agency; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY;** and **JANET NAPOLITANO,** in her official capacity as Secretary of Homeland Security,<br><br>　　Defendants. | No. 1:09-cv-02024-LJO-BAM<br><br>**ORDER ADOPTING SETTLEMENT AGREEMENT AND DISMISSING WITH PREJUDICE** |

　　The terms and conditions of the parties' SETTLEMENT AGREEMENT, filed on March 6, 2012, Doc. 163, are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

　Dated:　**March 8, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE